IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3117 |
| V. | ) | |
| | ) | |
| BRIAN L. ADAMS, and | ) | |
| TAMMY ADAMS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The defendants, Brian Adams and Tammy Adams, have entered guilty pleas.  Accordingly, their motions for bill of particulars, filings 62 and 64, are denied as moot.

DATED this 17th day of May, 2005.

BY THE COURT:

S/ David L. Piester

David L. Piester
United States Magistrate Judge