IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>STACEY L. ADAMS and  )<br>TAMMY ADAMS,  )<br>  )<br>  Defendants.  ) | 4:04CR3117<br><br>REASSIGNMENT ORDER |

Pursuant to the minutes of the hearing on March 29, 2005 (Filing Nos. 101 & 103),

IT IS ORDERED that this case is reassigned from District Judge Richard G. Kopf to Magistrate Judge David L. Piester as to the above defendants only, effective March 29, 2005, for judicial supervision and processing of all pretrial matters and disposition.

DATED this 8th day of June, 2005.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge